IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY - 8 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00622-BNB

RYAN D. MERRITT, # 96531,

    Plaintiff,

v.

CAPTAIN DAN FOSTER, CSP Intel Supervisor/ Gang Coordinator, and
WARDEN SUSAN JONES, CSP,

    Defendants.

---

ORDER OF DISMISSAL

---

Plaintiff Ryan D. Merritt is in the custody of the Colorado Department of

Corrections and currently is incarcerated at the Colorado State Penitentiary in Cañon

City, Colorado. On March 18, 2008, Plaintiff submitted to the Court a *pro se* Prisoner

Complaint pursuant to 42 U.S.C. § 1983. He also filed a Prisoner's Motion and Affidavit

for Leave to Proceed Pursuant to 28 U.S.C. § 1915.

On March 26, 2008, Magistrate Judge Boyd N. Boland entered an order granting

the § 1915 Motion. The March 26, 2008, Order required Plaintiff to pay the full amount

of the $350.00 filing fee in installments and directed him to pay an initial partial filing fee

of $8.00 within thirty days or to show cause why he has no assets and no means to pay

the initial fee by filing a current certified copy of his trust fund account statement. The

Order warned Plaintiff that if he failed to have the initial partial filing fee sent to the Clerk

of the Court by the designated deadline or to show cause why he has no assets and no

means by which to pay the initial fee the Complaint would be dismissed without further notice.

Plaintiff now has failed either to pay the initial partial filing fee within the time allowed, as designated in the March 26, 2008, Order, or to communicate with the Court in any way. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for Plaintiff's failure either to pay an initial partial filing fee of $8.00 or to show cause why he has no assets and no means by which to pay the designated initial partial filing fee within thirty days of the March 26, 2008, Order.

DATED at Denver, Colorado, this _7_ day of _____May_____, 2008.

BY THE COURT:

_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No.   08-cv-00622-BNB

Ryan D. Merritt
Prisoner No. 96531
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

       I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT**  to the
above-named individuals on 5/8/08

                                        GREGORY C. LANGHAM, CLERK

                                   By: _____
                                                  Deputy Clerk