IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2008

GREGORY C. LANGHAM
CLERK

Civil Action No. 08-cv-00622-BNB

RYAN D. MERRITT, # 96531,

    Plaintiff,

v.

CAPTAIN DAN FOSTER, CSP Intel Supervisor/Gang Coordinator, and
WARDEN SUSAN JONES, CSP,

    Defendants.

## ORDER DENYING MOTION TO RECONSIDER

Plaintiff Ryan D. Merritt, a State of Colorado prisoner, filed a *pro se* Letter on May 12, 2008. The Court must construe the Letter liberally because Mr. Merritt is a *pro se* litigant. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). In the Letter, Plaintiff states that he attempted, on April 17, 2008, to obtain a money order to pay the initial partial filing fee but was unsuccessful. He further states that when he again requested a money order on April 29, 2008, he did not have sufficient money in his account to pay the $8.00 initial partial filing fee. Plaintiff asks that the Court proceed with the instant action, and states that he will pay the initial fee when he has the funds.

Mr. Merritt's request will be denied as both untimely and moot. Mr. Merritt was required to comply with Magistrate Judge Boyd N. Boland's March 26, 2008, Order within thirty days of the date of the Order. He failed to do so, and the action was dismissed on May 8, 2008. To the extent that the Court may construe the Letter as

Motion to Reconsider, the Motion lacks merit and will be denied for the following reasons.

A litigant subject to an adverse judgment, and who seeks reconsideration by the district court of that adverse judgment, may "file either a motion to alter or amend the judgment pursuant to Fed. R. Civ. P. 59(e) or a motion seeking relief from the judgment pursuant to Fed. R. Civ. P. 60(b)." *Van Skiver v. United States*, 952 F.2d 1241, 1243 (10th Cir. 1991). Mr. Merritt submitted the Motion within ten days after the Judgment was entered in the instant action. The Court, therefore, will construe the Motion as a Motion to Reconsider filed pursuant to Rule 59(e). *See Van Skiver*, 952 F.2d at 1243.

In the May 8, 2008, Order of Dismissal, the Court dismissed the action because Plaintiff failed within the time allowed to comply with Magistrate Judge Boland's March 26, 2008, Order by either paying the initial partial filing fee or in the alternative showing cause why he has no assets and no means by which to pay the designated fee. Mr. Merritt was given thirty days to comply with the March 26, 2008, Order. Plaintiff knew sometime after April 17, 2008, (Mot. Attach. Ex., Request for Money Order), that he had failed to properly complete the request for the money order to pay the initial fee, and that when he processed the new request on April 29, 2008, his time to properly comply with the March 26, 2008, Order had passed. Yet, Plaintiff waited until May 7, 2008, to send a letter to the Court and to explain his inability to comply with the March 26, 2008, Order.

The Court, therefore, concludes that Mr. Merritt fails to demonstrate some reason why the Court should reconsider and vacate the May 8, 2008, Order of

Dismissal. Mr. Merritt is reminded that the instant action was dismissed without prejudice, and he may, if he desires, seek to file a new action. Accordingly, it is

ORDERED that the Letter, (Doc. No. 6), filed May 12, 2008, is construed in part as a request for an extension of time to comply with the March 26, 2008, Order and is DENIED as untimely and moot. It is

FURTHER ORDERED that the Letter, (Doc. No. 6), filed on May 12, 2008, is construed in part as a Motion to Reconsider, pursuant to Fed. R. Civ. P. 59(e), and is DENIED.

DATED at Denver, Colorado, this 21 day of May, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-00622-BNB

Ryan D. Merritt
Prisoner No. 96531
Colorado State Penitentiary
PO Box 777
Cañon City, CO 81215- 0777

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 5/22/08

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk